IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAMES HARDWICK, | § | |
| | § | No. 46, 2023 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 0709006233 (N) |
| STATE OF DELAWARE, | § | C.A. No. N22M-10-098 |
| | § | |
| Appellee. | § | |

Submitted: May 30, 2023
Decided: July 11, 2023

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## ORDER

After consideration of the appellant's opening brief, the appellee's motion to affirm, and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Superior Court's order, dated January 25, 2023, denying the appellant's untimely petition for return of property.[1]  Absent plain error, which we do not find here, we decline to consider the constitutional arguments the appellant makes for the first time on appeal.[2]

---

[1] *State v. Hardwick*, 2023 WL 525063 (Del. Super. Ct. Jan. 25, 2023).
[2] Supr. Ct. R. 8.

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice